FILED LODGED
RECEIVED COPY
JAN 1 3 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY DEPUTY

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

SHEILA PHILLIPS
Assistant U.S. Attorney
Michigan State Bar No. P51656
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Email: Sheila.Phillips2@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Mohamed E. Mohamed,
a.k.a. Mohamed E-M Hussein,
a.k.a. Mutasim Hussein,
a.k.a. Mohamed El-Mutasim Mohamed,
and
a.k.a. Mohamed El-Mutasim,

Defendant.

No. CR26-00031-PHX-MTL (DMF)

**INDICTMENT**

VIO: 18 U.S.C. § 2250(a)
(Failure to Register as a Sex Offender)
Count 1

**THE GRAND JURY CHARGES**:

No later than on or about December 15, 2023, through on or about January 12, 2025, in the District of Arizona, Defendant, MOHAMED E. MOHAMED, a.k.a. MOHAMED E-M HUSSEIN, a.k.a. MUTASIM HUSSEIN, a.k.a. MOHAMED EL-MUTASIM MOHAMED, AND a.k.a. MOHAMED EL-MUTASIM, a person convicted of Course of Sex, Conduct Against a Child 2, in violation of the Consolidated Laws of New York in County Court, County of Suffolk, State of New York, and required to register under the Sex Offender Registration and Notification Act (SORNA), did knowingly travel in interstate commerce to Phoenix, Arizona and knowingly failed to register and update a registration.

In violation of Title 18 United States Code Section 2250(a).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: January 13, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

s/
SHEILA PHILLIPS
Assistant U.S. Attorney